

FILED
10/03

MAR - 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Educational Credit Management
Corporation
                              )
                              )
                              )
                              )
                              )
              Plaintiff       )       Civil Action
       vs                     )
                              )
District of Columbia Public Schools )
                              )
                              )
              Defendant       )

CASE NUMBER  1:06CV00420

JUDGE: Rosemary M. Collyer

DECK TYPE: General Civil

DATE STAMP: 03/6/2006

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Educational Credit Management Corporation  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  Educational Credit Management Corporation  which have

any outstanding securities in the hands of the public:

   Educational Credit Management Group

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

DC Bar 370654
BAR IDENTIFICATION NO.

Rand L. Gelber
Print Name

1 Church Street, Suite 802
Address

Rockville, Maryland          20850
City           State          Zip Code

301-251-0202
Phone Number