# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Columbia

Case Number: 1:06CV00420

Plaintiff:
**Educational Credit Management Corporation**

vs.

Defendant:
**District of Columbia Public Schools**

Received by ESQ Process Servers to be served on **DISTRICT OF COLUMBIA PUBLIC SCHOOLS, 825 North Capitol Street, NE, Washington, DC 20002**.

I, Scott Tilles, being duly sworn, depose and say that on the **27th day of March, 2006** at **12:35 pm**, I:

SERVED a true copy of the **Summons in a Civil Case, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Complaint, Exhibits, and Initial Electronic Case Filing Order** to EBONI TEMPLE, who stated that they were authorized to accept Service of Process.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.



Subscribed and Sworn to before me on the 28th day of March, 2006 by the affiant who is personally known to me.

NOTARY PUBLIC
My Commission Expires January 1, 2007

Scott Tilles
Process Server

ESQ Process Servers
51 Monroe Street
Suite 708
Rockville, MD  20850
(301) 762-1350
Our Job Serial Number: 2006003103
Ref: ECMC v. DC Public Schools/Antonio Parker

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5q

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Educational Credit Management Corporation

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia Public Schools

CASE NUMBER  1:06CV00420

JUDGE: Rosemary M. Collyer

CASE NL    DECK TYPE: General Civil

DATE STAMP: 03/6/2006

TO: (Name and address of Defendant)

District of Columbia Public Schools
<u>serve:</u>   John Musso, Chief Financial Officer
District of Columbia Public Schools
825 North Capitol Street, NE
Washington, DC  20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rand L. Gelber, Esquire
1 Church Street, Suite 802
Rockville, MD  20850
301-251-0202

an answer to the complaint which is served on you with this summons, within  __20__  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        MAR - 6 2006
CLERK                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                  Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.