UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION,   )<br>)<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>DISTRICT OF COLUMBIA PUBLIC SCHOOLS,   )<br>)<br>Defendant.   )<br>) | Civil Action No. 06-420 (RMC) |

## ORDER TO SHOW CAUSE

On April 28, 2006, Defendant filed a motion to dismiss in this matter. Pursuant to Local Civil Rule 7(b), Plaintiff was required to file a response to the motion within eleven days, but Plaintiff has not done so. Local Rule 7(b) further provides, "If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded." The discretion to enforce this rule lies wholly with the district court. *FDIC v. Bender*, 127 F.3d 58, 68 (D.C. Cir. 1997).

Accordingly, it is hereby

**ORDERED** that, on or before August 14, 2006, Plaintiff shall **SHOW CAUSE** in writing why the Court should not grant the Defendant's motion to dismiss as conceded pursuant to Local Rule 7(b).

**SO ORDERED**.

Date: July 31, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge