IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDUCATIONAL CREDIT MANAGEMENT
CORPORATION

        Plaintiff,

v.                                Civil Case No. 06-420 (RMC)

DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

        Defendant.

## PLAINTIFF'S REPLY TO SHOW CAUSE ORDER

Plaintiff Educational Credit Management Corporation ("ECMC"), by and through counsel, Rand L. Gelber, and in response to the Show Cause Order dated July 31, 2006, states as follows:

1. On or about March 6, 2006, a Complaint in the above-captioned matter was filed against the District of Columbia Public Schools ("DCPS").

2. Defendant DCPS was served with the Summons and Complaint and thereafter, on April 28, 2006, filed a Motion to Dismiss, contending that the DCPS is an agency within the District of Columbia government and cannot be sued as an entity.

3. Contemporaneous with the filing of this reply, ECMC has filed an Amended Complaint adding the District of Columbia as a defendant.

4. That as a result of the filing fo the Amended Complaint, the Motion to Dismiss Complaint is moot, both procedurally and substantially as it cures the defect alleged in the Motion to Dismiss.

5. The filing of the Amended Complaint moots the Motion to Dismiss and

Plaintiff submits, the Order to Show Cause.

WHEREFORE, having timely responded to the Order to Show Cause and having cured any defect which formed the basis of the Motion to Dismiss, Plaintiff respectfully requests that the Order to Show Cause be dismissed and that the Motion to Dismiss Complaint be denied as moot.

Respectfully Submitted,

Dated: 8/14/06

/s/ Rand L. Gelber
_____
RAND L. GELBER, Fed Bar # 08663
One Church Street, Suite 802
Rockville, Maryland 20850
301-251-0202
Attorney for Plaintiff, Educational Credit Management Corporation


CURTIS P. ZAUN
Minn. Atty. License 2663 10
Co-Counsel
Educational Credit Management Corporation
P. O. Box 64909
St. Paul, MN 55164-0909

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff's Reply to Show Cause Order was mailed, postage prepaid, this 14th day of August, 2006, to Theresa Rowell, Esq., Assistant Attorney General, 441 4th Street, NW, Washington, D.C. 20001

/s/ Rand L. Gelber
Rand L. Gelber