# IN THE UNITD STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA PUBLIC SCHOOLS, )<br>)<br>Defendant. )<br>_____ ) | Case No. 06-420 (RMC) |

## DEFENDANT DISTRICT OF COLUMBIA'S
## CONSENT MOTION TO RESPOND TO THE AMENDED COMPLAINT

Defendant District of Columbia ("District"), by and through undersigned counsel and pursuant to Fed. R. Civil P. 12(b)(6), hereby moves this Honorable Court for an enlargement of time within which to respond to the Amended Complaint, up to and including October 16, 2006. In support of this motion, Defendant relies upon the attached memorandum of points and authorities of law.

Plaintiff consents to this motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


_____/s/_____
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation Section I
Bar Number 435163

|  |  |
|---|---|
| Filed 9/13/06 | /s/ _____<br>THERESA A. ROWELL<br>Assistant Attorney General<br>Bar Number 462523<br>Suite 6S087<br>441 Fourth Street, N.W.<br>Washington, D.C. 20001<br>(202) 724-6539<br>(202) 727-3625 (fax)<br>E-mail:  Theresa.Rowell2@dc.gov |

### IN THE UNITD STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>       Plaintiff,<br><br>   v.<br><br>DISTRICT OF COLUMBIA PUBLIC SCHOOLS,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)  Case No. 06-420 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT DISTRICT OF COLUMBIA
### MEMORANDUM OF POINTS AND AUTHORITIES
### IN SUPPORT OF DEFENDANT'S CONSENT MOTION
### TO RESPOND TO THE AMENDED COMPLAINTO DISMISS

Defendant District of Columbia ("District"), through counsel and pursuant to rule 6(b) of the Federal Rules of Civil Procedure, hereby moves the court to enlarge the time to file a response to Plaintiff's Amended Complaint up to and including October 16, 2006. In support of this motion, Defendant states:

1. Plaintiff filed the Amended Complaint on August 15, 2006, alleging that D.C. Public Schools ("DCPS") refused to comply with a withholding order that plaintiff, the Educational Credit Management Corporation ("ECMC"), sent to garnish the paycheck of Mr. Antonio Parker, who owed ECMC for a student loan debt, in violation of 20 U.S.C. § 1095a.

2. Undersigned counsel needs additional time to obtain documents verifying that Mr. Parker was not employed with DCPS at the time of the request for garnishment. Upon receipt of this information, defendant anticipates filing a dispositive motion.

3. No prejudice will occur if the deadline is extended, in order for the Defendant to file a

response to plaintiffs' Complaint.

4. Plaintiff's counsel consents to this motion.

WHEREFORE, for the above-stated reasons, the District requests time to file its response to plaintiffs Complaint, up to and including October 16, 2006.

| | |
|---|---|
| 4/28/06 | Respectfully submitted, |
| | ROBERT J. SPAGNOLETTI<br>Attorney General for the District of Columbia |
| | GEORGE C. VALENTINE<br>Deputy Attorney General, Civil Litigation Division |
| | _____/s/_____<br>KIMBERLY MATTHEWS JOHNSON<br>Chief, General Litigation Section I<br>Bar Number 435163 |
| | _____/s/_____<br>THERESA A. ROWELL<br>Assistant Attorney General<br>Bar Number 462523<br>Suite 6S087<br>441 Fourth Street, N.W.<br>Washington, D.C. 20001<br>(202) 724-6539<br>(202) 727-3625 (fax)<br>E-mail: Theresa.Rowell2@dc.gov |