## IN THE UNITD STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA PUBLIC SCHOOLS, )<br>)<br>Defendant. )<br>_____ ) | Case No. 06-420 (RMC) |

## DEFENDANT DISTRICT OF COLUMBIA'S
## CONSENT MOTION TO RESPOND TO THE AMENDED COMPLAINT

Defendant District of Columbia ("District"), by and through undersigned counsel and pursuant to Fed. R. Civil P. 12(b)(6), hereby moves for an enlargement of time within which to respond to the Amended Complaint, up to and including November 16, 2006. In support of this motion, Defendant relies upon the attached memorandum of points and authorities of law.

Plaintiff consents to this motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


_____/s/_____
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation Section I
Bar Number 435163

|  |  |
|---|---|
| Filed 10/17/06 | /s/ _____<br>THERESA A. ROWELL<br>Assistant Attorney General<br>Bar Number 462523<br>Suite 6S087<br>441 Fourth Street, N.W.<br>Washington, D.C. 20001<br>(202) 724-6539<br>(202) 727-3625 (fax)<br>E-mail: Theresa.Rowell2@dc.gov |

**IN THE UNITD STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA PUBLIC SCHOOLS,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　Case No. 06-420 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT DISTRICT OF COLUMBIA
MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF DEFENDANT'S CONSENT MOTION
TO RESPOND TO THE AMENDED COMPLAINTO DISMISS**

　　Defendant District of Columbia ("District"), through counsel and pursuant to rule 6(b) of the Federal Rules of Civil Procedure, hereby moves the court to enlarge the time to file a response to Plaintiff's Amended Complaint up to and including October 16, 2006. In support of this motion, Defendant states:

1. Plaintiff filed the Amended Complaint on August 15, 2006, alleging that D.C. Public Schools ("DCPS") refused to comply with a withholding order that plaintiff, the Educational Credit Management Corporation ("ECMC"), sent to garnish the paycheck of Mr. Antonio Parker, who owed ECMC for a student loan debt, in violation of 20 U.S.C. § 1095a.

2. Undersigned counsel received documents verifying that Mr. Parker was not employed with DCPS at the time of the request for garnishment and forwarded them to plaintiff.

3. Defendant anticipates that this will dispose of the matter; however, is requesting additional time to afford plaintiff's counsel sufficient time to review the documents.

Defendant is requesting additional time to file a dispositive motion, up to and including November 16, 2006.

4. No prejudice will occur if the deadline is extended.

5. Plaintiff's counsel consents to this motion.

WHEREFORE, for the above-stated reasons, the District requests time to file its response to plaintiff's Amended Complaint, up to and including November 16, 2006.

10/17/06                    Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


                   /s/
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation Section I
Bar Number 435163


                   /s/
THERESA A. ROWELL
Assistant Attorney General
Bar Number 462523
Suite 6S087
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6539
(202) 727-3625 (fax)
E-mail:  Theresa.Rowell2@dc.gov