# IN THE UNITD STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA PUBLIC SCHOOLS,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　Case No. 06-420 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT DISTRICT OF COLUMBIA'S
## MOTION TO RESPOND TO THE AMENDED COMPLAINT

Defendant District of Columbia ("District"), by and through undersigned counsel and pursuant to Fed. R. Civil P. 12(b)(6), hereby moves for an enlargement of time within which to respond to the Amended Complaint, up to and including November 30, 2006. In support of this motion, Defendant relies upon the attached memorandum of points and authorities of law.

Undersigned counsel attempted to contact plaintiff by phone. However, at the time of filing this motion, plaintiff's position as to the relief requested is not known.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　EUGENE A. ADAMS
　　　　　　　　　　　　　　　Interim Attorney General for the District of Columbia

　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　Deputy Attorney General, Civil Litigation Division


　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　KIMBERLY MATTHEWS JOHNSON
　　　　　　　　　　　　　　　Chief, General Litigation Section I
　　　　　　　　　　　　　　　Bar Number 435163

|  |  |
|---|---|
| Filed 11/16/06 | _____<br>THERESA A. ROWELL<br>Assistant Attorney General<br>Bar Number 462523<br>Suite 6S087<br>441 Fourth Street, N.W.<br>Washington, D.C. 20001<br>(202) 724-6539<br>(202) 727-3625 (fax)<br>E-mail:  Theresa.Rowell2@dc.gov |

**IN THE UNITD STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA PUBLIC SCHOOLS, )<br>)<br>Defendant. )<br>_____ ) | Case No. 06-420 (RMC) |

**DEFENDANT DISTRICT OF COLUMBIA
MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF DEFENDANT'S MOTION
<u>TO RESPOND TO THE AMENDED COMPLAINT</u>**

Defendant District of Columbia ("District"), through counsel and pursuant to rule 6(b) of the Federal Rules of Civil Procedure, hereby moves the court to enlarge the time to file a response to Plaintiff's Amended Complaint up to and including November 30, 2006. In support of this motion, Defendant states:

1. Plaintiff filed the Amended Complaint on August 15, 2006, alleging that D.C. Public Schools ("DCPS") refused to comply with a withholding order that plaintiff, the Educational Credit Management Corporation ("ECMC"), sent to garnish the paycheck of Mr. Antonio Parker, who owed ECMC for a student loan debt, in violation of 20 U.S.C. § 1095a.

2. Undersigned counsel received documents verifying that Mr. Parker was not employed with DCPS at the time of the request for garnishment and forwarded them to plaintiff.

3. Defendant filed a consent motion on October 17, 2006, in order to afford plaintiff's counsel time to review the documents, as Defendant anticipated this would dispose of the

matter. Defendant is awaiting response back from plaintiff to determine whether the matter can be resolved.

4. Undersigned counsel will be out of the office from November 17 through November 24th and is requesting up to and including November 30, 2006 to file a dispositive motion, in the event this matter is not resolved.

5. No prejudice will occur if the deadline is extended.

WHEREFORE, for the above-stated reasons, the District requests time to file its response to plaintiff's Amended Complaint, up to and including November 30, 2006.

                    Respectfully submitted,

                    EUGENE A. ADAMS
                    Interim Attorney General for the District of Columbia

                    GEORGE C. VALENTINE
                    Deputy Attorney General, Civil Litigation Division

                    _____
                    KIMBERLY MATTHEWS JOHNSON
                    Chief, General Litigation Section I
                    Bar Number 435163

                    _____
                    THERESA A. ROWELL
                    Assistant Attorney General
                    Bar Number 462523
                    Suite 6S087
                    441 Fourth Street, N.W.
                    Washington, D.C. 20001
                    (202) 724-6539
                    (202) 727-3625 (fax)

Filed 11/16/06          E-mail: Theresa.Rowell2@dc.gov