IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDUCATIONAL CREDIT
MANAGEMENT CORP.,

Plaintiff,

v.

DISTRICT OF COLUMBIA
PUBLIC SCHOOLS,

Defendant.

Case Number: 1:06cv00420
Judge Rosemary M. Collyer

### DECLARATION OF PRIYA MATHEWS

PRYIA MATHEWS states as follows:

1. My name is Priya Mathews and I am the Payroll Manager for the District of Columbia Public Schools ("DCPS") in the Office of the Chief Financial Officer and have been so employed since November 26, 2005.

2. The District of Columbia Public Schools received the Order of Withholding From Earning from ECMC regarding Antonio Parker on October 24, 2005 and on November 5, 2005, the order was forwarded to the District of Columbia's Office of Pay & Retirement (OPRS) which is responsible for garnishment of D.C. Government employee wages.

3. The payroll history of Antonio Parker in the current payroll system reflects his hours certified as a teacher with DCPS between September 1999 and August 26, 2004. However, at the time the garnishment order was received in October 2005, Mr. Parker had not been terminated in the payroll system and was still showing as an active employee, but not receiving paychecks.

4. Because Mr. Parker was still showing as active in the payroll system, OPRS was able to enter the garnishment order into the payroll system. No deductions were made because Mr. Parker was not receiving regular paychecks after August 2004.

5. The payroll records reflect an additional payment of $1,819.27 on January 24, 2005. This payment reflects retroactive pay due to the employee August 4, 2003, when he moved from a step 5 to a step 6.



6. The payroll records also reflect that Mr. Parker received four checks in the amount of $36.05 in July and August 2005. These checks represent prorated summer money accrued by Mr. Parker for 32 hours which was certified by the school for the pay period ending September 4, 2004. Because Mr. Parker was inadvertently still active in the payroll system, he received this payment in four (4) installments of summer pay, as all summer teachers receive.

I declare under the penalty of perjury that the foregoing is true and correct.

_____    9/22/06
Priya Mathews, Payroll Manager        Date
District of Columbia Public Schools