```
Page: 1 Document Name: untitled

PERSONNEL              ***PERSONNEL ACTION DATA***                              PERI003
208649349    PARKER,ANTONIO D              D.C. PUBLIC SCHOOLS
NAME SUFFIX             NAME PREFIX
    NOA CD              NOA REMARKS                  CFO INDICATOR
EMPLMT STAT T                    STATUS DT 08/20/2005    DIST EMPL DT 09/02/1997
SEPART RESN 50          COP/LWOP RTN DT                  COP/LWOP RESN
REG OR TEMP R           FULL/PART TIME F                 EMPLOYEE TYPE N
PAY STATUS  S                         LEI DT 08/22/2004       SENORITY DT
                        DIST SERV DT 09/02/1997          FLSA STATUS 4
    ANN SAL    51553.00 DEPT NUMBER  72102-992          AGENCY START DT
  SPCL STAT              SPCL STAT DT
REHIRE ELIG              REHIRE ELIG DT                 RETREAT RIGHTS

                          --ORGANIZATIONAL DATA--
    SPC IND 4       RESP CNTR 5100      COMPANY ID 000     CORPORATION

                          --INFORMATIONAL DATA--
LAST ACTNS 05                 LAST ACTN DT 08/20/2005    LAST NOA CD 133 133 133
CROSS-REF:   FROM ID                         FROM ORG              MINIMUM REC OK
             TO ID                             TO ORG
COMPLETE NEXT TRANSACTION REQUEST.  TRANSACTN PENDING. <PF11> TO RETURN.
TRANS      EMPL 208649349                            JOB 1 ORG GA                QTR
PA2=TRAN MENU   PF7=INQUIRY       PF10=DATABEAM
PF1=HELP TEXT   PF8=TABLE INQ     PF9=DET EDITS    PF11=FUNC MENU   PF12=SIGN OFF


Date: 4/11/2006  Time: 08:35:18 AM
```



```
Page: 1  Document Name: untitled

PERSONNEL                  ***JOB ASSIGNMENT DATA***                              PERI004
208649349      PARKER,ANTONIO D         D.C. PUBLIC SCHOOLS
       JOB NO   1                NOA CODE             NOA REMARKS
    POS BEG DT 10/01/2003    POS END DT 08/20/2005   TK GROUP ID
    POSITION NO 71157        JOB CLASS 057227  CLASS ENTRY DATE 09/02/1997
       PAY RATE 1982.8076    RATE CODE P          GRADE/STEP 15   07
     % FULL-TIME 100.00      PAY PLAN ET       PAY GROUP/CYCLE B2
        TOD HRS 80.00        TOD DAYS                WAE IND N
       JOB DEPT 72102-992    PAY DAYS 26         TIME RPT CD P
     SEASON IND              SHIFT IND        JOB SENIORITY DATE
     SUPERVISOR 0080350                        ADJ SENIORITY DATE
      POS TITLE TEACHER,ELEMENTARY               RETRO EFF DATE 08/24/2003
      JOB TITLE TEACHER,ELEMENTARY           BASE RETENTION DIF CD
        CBU CD MAA            SERVICE CD S52
    SPCL/RET RT          SPCL/RET RT BEG DT           SPCL/RET END DT
    RET GRDE CD           RET GRDE BEG DT             RET GRDE END DT
    DETAILED CD              DETAILED DEPT               DET START DT
     DETAIL AGCY                                           DET END DT

COMPLETE NEXT TRANSACTION REQUEST.   TRANSACTN PENDING. <PF11> TO RETURN.
  TRANS     EMPL 208649349                             JOB 1 ORG GA          QTR
  PA2=TRAN MENU   PF3=POS INQUIRY  PF6=POS BROWSE  PF7=PERS INQUIRY
  PF1=HELP TEXT   PF8=TABLE INQ  PF9=DET EDITS  PF11=FUNC MENU  PF12=SIGN OFF

Date: 4/11/2006  Time: 08:35:33 AM
```

```
PAYROLL HISTORY              ***EMPLOYEE INQUIRY***
 GA             PARKER,ANTONIO D                                              PYH

  CHECK      END         CHK/ADV        TOTAL           NET           CHECK
  DATE       DATE   SCHED NUMBER        GROSS          AMOUNT         STATUS
 03/31/06  03/18/06  207
 02/03/06  01/21/06  203
 01/20/06  01/07/06  202
 01/06/06  12/24/05  201
 12/23/05  12/10/05  226
 12/09/05  11/26/05  225
 11/25/05  11/12/05  224
 11/10/05  10/29/05  223
 10/28/05  10/15/05  222
 10/14/05  10/01/05  221
 09/30/05  09/17/05  220
 09/16/05  09/03/05  219
 09/02/05  08/20/05  218  A005348       36.05           8.42
 08/19/05  08/06/05  217  A005229       36.05           8.42
 08/05/05  07/23/05  216  A005280       36.05           8.42

SELECTED EMPLOYEE DISPLAYED.
TRAN 2    EMPL 208649349                        CHK        ORG GA
PF3=OLDER CHK   4=NEWER CHK   7=EMP   11=FUNC  12=OFF   ENTER=SELECT A CHECK
```

Date: 4/11/2006 Time: 09:04:26 AM

PAYROLL HISTORY                    ***EMPLOYEE INQUIRY***                              PYH

| CHECK DATE | END DATE | SCHED | CHK/ADV NUMBER | TOTAL GROSS | NET AMOUNT | CHECK STATUS |
|---|---|---|---|---|---|---|
| 07/22/05 | 07/09/05 | 215 | A005738 | 36.05 | 8.42 | |
| 07/08/05 | 06/25/05 | 214 | | | | |
| 06/24/05 | 06/11/05 | 213 | | | | |
| 06/10/05 | 05/28/05 | 212 | | | | |
| 05/27/05 | 05/14/05 | 211 | | | | |
| 05/13/05 | 04/30/05 | 210 | | | | |
| 04/29/05 | 04/16/05 | 209 | | | | |
| 04/15/05 | 04/02/05 | 208 | | | | |
| 04/01/05 | 03/19/05 | 207 | | | | |
| 03/18/05 | 03/05/05 | 206 | | | | |
| 03/04/05 | 02/19/05 | 205 | | | | |
| 02/18/05 | 02/05/05 | 204 | | | | |
| 02/04/05 | 01/22/05 | 203 | | | | |
| 01/24/05 | 01/24/05 | 2X1 | C192467 | 1819.27 | 1192.54 | |
| 01/21/05 | 01/08/05 | 202 | | | | |

OLDER HISTORY DISPLAYED.
TRAN 2    EMPL 208649349                                CHK            ORG GA
PF3=OLDER CHK   4=NEWER CHK   7=EMP   11=FUNC   12=OFF   ENTER=SELECT A CHECK

PAYROLL HISTORY                    ***EMPLOYEE INQUIRY***                        PYH

| CHECK DATE | END DATE | SCHED | CHK/ADV NUMBER | TOTAL GROSS | NET AMOUNT | CHECK STATUS |
|---|---|---|---|---|---|---|
| 01/07/05 | 12/25/04 | 201 | | | | |
| 12/23/04 | 12/11/04 | 226 | | | | |
| 12/10/04 | 11/27/04 | 225 | | | | |
| 11/26/04 | 11/13/04 | 224 | | | | |
| 11/12/04 | 10/30/04 | 223 | | | | |
| 10/29/04 | 10/16/04 | 222 | | | | |
| 10/15/04 | 10/02/04 | 221 | | | | |
| 10/01/04 | 09/18/04 | 220 | | | | |
| 09/17/04 | 09/04/04 | 219 | A006032 | 793.12 | 437.45 | |
| 09/03/04 | 08/21/04 | 218 | A005597 | 1803.96 | 1066.06 | |
| 08/20/04 | 08/07/04 | 217 | A005240 | 1803.93 | 1066.05 | |
| 08/06/04 | 07/24/04 | 216 | A005234 | 1803.93 | 1066.05 | |
| 07/23/04 | 07/10/04 | 215 | A005358 | 319.00 | 312.91 | |
| 07/23/04 | 07/10/04 | 215 | A005357 | 1803.93 | 1066.21 | |
| 07/09/04 | 06/26/04 | 214 | A006442 | 1824.48 | 1077.45 | |

OLDER HISTORY DISPLAYED.
TRAN 2    EMPL 208649349                                CHK           ORG GA
PF3=OLDER CHK   4=NEWER CHK   7=EMP   11=FUNC   12=OFF   ENTER=SELECT A CHECK

Date: 4/11/2006 Time: 09:04:32 AM

```
PAYROLL HISTORY                 ***EMPLOYEE INQUIRY***                              PYH

      CHECK      END            CHK/ADV        TOTAL            NET             CHECK
      DATE       DATE    SCHED  NUMBER         GROSS            AMOUNT          STATUS
      06/25/04  06/12/04  213   A006281        1824.48          1077.45
      06/11/04  05/29/04  212   A006297        1824.48          1077.45
      05/28/04  05/15/04  211   A006233        1824.48          1077.45
      05/14/04  05/01/04  210   A006312        1824.48          1077.45
      04/30/04  04/17/04  209   A006270        1824.48          1077.45
      04/16/04  04/03/04  208   A006388         120.00           120.00
      04/16/04  04/03/04  208   A006387        1824.48          1077.45
      04/02/04  03/20/04  207   A006391         319.00           312.91
      04/02/04  03/20/04  207   A006390        1824.48          1077.45
      03/19/04  03/06/04  206   A006145        1824.48          1082.23
      03/05/04  02/21/04  205   A006116        1824.48          1082.23
      02/20/04  02/07/04  204   A006117        1824.48          1082.23
      02/06/04  01/24/04  203   A006112        1824.48          1082.23
      01/23/04  01/10/04  202   A006060        1824.48          1082.23
      01/09/04  12/27/03  201   A006060        1824.48          1082.23

 OLDER HISTORY DISPLAYED.
 TRAN 2    EMPL 208649349                           CHK          ORG GA
 PF3=OLDER CHK   4=NEWER CHK   7=EMP   11=FUNC   12=OFF   ENTER=SELECT A CHECK
```

```
PAYROLL HISTORY              ***EMPLOYEE INQUIRY***                         PYH

   CHECK     END        CHK/ADV      TOTAL         NET           CHECK
   DATE      DATE    SCHED NUMBER    GROSS        AMOUNT         STATUS
 12/24/03  12/13/03   226 A006079    1824.48      1086.82
 12/12/03  11/29/03   225 A006050    1824.48      1086.82
 11/28/03  11/15/03   224 A005973    1824.48      1086.82
 11/14/03  11/01/03   223 A005929    1824.48      1086.82
 10/31/03  10/18/03   222 A005933    1824.48      1086.82
 10/17/03  10/04/03   221 A005902    1673.84      1003.37
 10/03/03  09/20/03   220 A005836    1673.84      1003.37
 09/19/03  09/06/03   219 A005858    1673.84      1003.37
 09/05/03  08/23/03   218 A005207    1673.84      1003.37
 08/22/03  08/09/03   217 A005271    1673.84      1003.35
 08/08/03  07/26/03   216 A005364    1673.84      1003.35
 07/25/03  07/12/03   215 A005665     238.00       238.00
 07/25/03  07/12/03   215 A005664    1673.84      1003.35
 07/11/03  06/28/03   214 A006083    1673.84      1003.35
 07/03/03  07/03/03   2X3 C855529     876.74       741.77

OLDER HISTORY DISPLAYED.
 TRAN 2   EMPL 208649349                         CHK          ORG GA
 PF3=OLDER CHK   4=NEWER CHK   7=EMP   11=FUNC   12=OFF   ENTER=SELECT A CHECK
```

Date: 4/11/2006  Time: 09:04:40 AM

PAYROLL HISTORY                    ***EMPLOYEE INQUIRY***                                PYH

| CHECK DATE | END DATE | SCHED | CHK/ADV NUMBER | TOTAL GROSS | NET AMOUNT | CHECK STATUS |
|---|---|---|---|---|---|---|
| 06/27/03 | 06/14/03 | 213 | A006065 | 1673.84 | 1003.35 | |
| 06/13/03 | 05/31/03 | 212 | A006093 | 1673.84 | 998.77 | |
| 05/30/03 | 05/17/03 | 211 | A006091 | 1673.84 | 998.77 | |
| 05/16/03 | 05/03/03 | 210 | A006104 | 1673.84 | 998.77 | |
| 05/02/03 | 04/19/03 | 209 | A006140 | 1673.84 | 1144.27 | |
| 04/18/03 | 04/05/03 | 208 | A006080 | 1673.84 | 1144.27 | |
| 04/04/03 | 03/22/03 | 207 | A006002 | 1673.84 | 1144.27 | |
| 03/21/03 | 03/08/03 | 206 | A006024 | 1594.08 | 1113.09 | |
| 03/07/03 | 02/22/03 | 205 | A006251 | 238.00 | 238.00 | |
| 03/07/03 | 02/22/03 | 205 | A006250 | 1594.08 | 1113.24 | |
| 02/21/03 | 02/08/03 | 204 | A005993 | 1594.08 | 1113.24 | |
| 02/07/03 | 01/25/03 | 203 | A006000 | 1594.08 | 1113.24 | |
| 01/24/03 | 01/11/03 | 202 | A005986 | 1594.09 | 1113.25 | |
| 01/10/03 | 12/28/02 | 201 | A005967 | 1594.08 | 1113.24 | |
| 12/27/02 | 12/14/02 | 226 | A005982 | 1594.08 | 1112.67 | |

OLDER HISTORY DISPLAYED.
TRAN 2    EMPL 208649349                          CHK          ORG GA
PF3=OLDER CHK  4=NEWER CHK  7=EMP  11=FUNC  12=OFF  ENTER=SELECT A CHECK

Date: 4/11/2006 Time: 09:04:42 AM

PAYROLL HISTORY                ***EMPLOYEE INQUIRY***                                PYH

| CHECK DATE | END DATE | SCHED | CHK/ADV NUMBER | TOTAL GROSS | NET AMOUNT | CHECK STATUS |
|---|---|---|---|---|---|---|
| 12/13/02 | 11/30/02 | 225 | A006000 | 1594.08 | 1112.67 | |
| 11/29/02 | 11/16/02 | 224 | A005886 | 1594.08 | 768.96 | |
| 11/15/02 | 11/02/02 | 223 | A005859 | 1594.08 | 768.96 | |
| 11/01/02 | 10/19/02 | 222 | A005823 | 1594.08 | 1112.67 | |
| 10/18/02 | 10/05/02 | 221 | A005804 | 1594.08 | 1112.67 | |
| 10/04/02 | 09/21/02 | 220 | A005782 | 1594.08 | 1112.67 | |
| 09/20/02 | 09/07/02 | 219 | A005752 | 1471.04 | 1024.88 | |
| 09/06/02 | 08/24/02 | 218 | A005095 | 1471.04 | 1024.88 | |
| 08/23/02 | 08/10/02 | 217 | A005136 | 1471.04 | 1024.88 | |
| 08/09/02 | 07/27/02 | 216 | A005134 | 1471.04 | 1024.88 | |
| 07/26/02 | 07/13/02 | 215 | A005379 | 1471.04 | 1024.88 | |
| 07/12/02 | 06/29/02 | 214 | A006499 | 238.00 | 238.00 | |
| 07/12/02 | 06/29/02 | 214 | A006498 | 1471.04 | 1025.18 | |
| 06/28/02 | 06/15/02 | 213 | A006265 | 1471.04 | 1025.18 | |
| 06/14/02 | 06/14/02 | 2X5 | C699269 | 1218.84 | 613.16 | |

OLDER HISTORY DISPLAYED.
TRAN 2     EMPL 208649349                              CHK         ORG GA
PF3=OLDER CHK   4=NEWER CHK   7=EMP   11=FUNC   12=OFF  ENTER=SELECT A CHECK

PAYROLL HISTORY                 ***EMPLOYEE INQUIRY***                          PYH

| CHECK DATE | END DATE | SCHED | CHK/ADV NUMBER | TOTAL GROSS | NET AMOUNT | CHECK STATUS |
|---|---|---|---|---|---|---|
| 06/14/02 | 06/01/02 | 212 | A006366 | 1471.04 | 1025.18 | |
| 05/31/02 | 05/18/02 | 211 | A006262 | 1518.16 | 730.33 | |
| 05/17/02 | 05/04/02 | 210 | A006285 | 1518.16 | 730.33 | |
| 05/03/02 | 04/20/02 | 209 | A006318 | 1518.16 | 730.33 | |
| 04/19/02 | 04/06/02 | 208 | A006331 | 1518.16 | 730.33 | |
| 04/05/02 | 03/23/02 | 207 | A006255 | 1518.16 | 730.33 | |
| 03/22/02 | 03/09/02 | 206 | A006195 | 1518.16 | 724.70 | |
| 03/08/02 | 02/23/02 | 205 | A006213 | 1518.16 | 837.56 | |
| 02/22/02 | 02/09/02 | 204 | A006355 | 238.00 | 104.96 | |
| 02/22/02 | 02/09/02 | 204 | A006354 | 1518.16 | 762.65 | |
| 02/08/02 | 01/26/02 | 203 | A006151 | 1366.34 | 646.76 | |
| 01/25/02 | 01/12/02 | 202 | A006029 | 1518.17 | 724.71 | |
| 01/11/02 | 12/29/01 | 201 | A008043 | 1518.16 | 724.70 | |
| 12/28/01 | 12/15/01 | 226 | A006099 | 1518.16 | 713.79 | |
| 12/14/01 | 12/01/01 | 225 | A006039 | 1518.17 | 713.79 | |

OLDER HISTORY DISPLAYED.
TRAN 2    EMPL 208649349                       CHK           ORG GA
PF3=OLDER CHK   4=NEWER CHK   7=EMP   11=FUNC   12=OFF   ENTER=SELECT A CHECK

```
PAYROLL HISTORY              ***EMPLOYEE INQUIRY***                        PYH

     CHECK      END              CHK/ADV        TOTAL         NET         CHECK
     DATE       DATE     SCHED   NUMBER         GROSS         AMOUNT      STATUS
     11/30/01   11/17/01  224    A006078        1518.16        714.18
     11/16/01   11/03/01  223    A005891        1518.16       1039.60
     11/02/01   10/20/01  222    A006339        1518.16       1039.60
     10/19/01   10/06/01  221    A005854        1518.16       1039.60
     10/05/01   09/22/01  220    A005813        1518.16       1039.60
     09/21/01   09/08/01  219    A005751        1518.16       1039.60
     09/07/01   08/25/01  218    A004974        1342.32        914.62
     08/24/01   08/11/01  217    A004974        1342.32        914.62
     08/10/01   07/28/01  216    A004952        1342.32        914.62
     07/27/01   07/14/01  215    A005034        1342.32        914.62
     07/13/01   06/30/01  214    A006011        1342.32        914.62
     06/29/01   06/16/01  213    A006305        1342.32        914.62
     06/15/01   06/02/01  212    A006037        1342.32        914.62
     06/01/01   05/19/01  211    A006004        1342.32        914.62
     05/18/01   05/05/01  210    A006008        1342.32        914.62

OLDER HISTORY DISPLAYED.
TRAN 2    EMPL 208649349                         CHK          ORG GA
PF3=OLDER CHK   4=NEWER CHK    7=EMP   11=FUNC   12=OFF   ENTER=SELECT A CHECK
```

PAYROLL HISTORY              ***EMPLOYEE INQUIRY***                          PYH

| CHECK DATE | END DATE | SCHED | CHK/ADV NUMBER | TOTAL GROSS | NET AMOUNT | CHECK STATUS |
|---|---|---|---|---|---|---|
| 05/04/01 | 04/21/01 | 209 | A005958 | 1342.32 | 914.62 | |
| 04/20/01 | 04/07/01 | 208 | A006044 | 1342.32 | 914.62 | |
| 04/06/01 | 03/24/01 | 207 | A005990 | 1342.32 | 914.62 | |
| 03/23/01 | 03/10/01 | 206 | A005968 | 1342.32 | 936.66 | |
| 03/09/01 | 02/24/01 | 205 | A005958 | 1342.32 | 936.66 | |
| 02/23/01 | 02/10/01 | 204 | A005883 | 1342.32 | 936.66 | |
| 02/09/01 | 01/27/01 | 203 | A006160 | 1342.32 | 936.66 | |
| 01/26/01 | 01/13/01 | 202 | A005864 | 1342.32 | 919.43 | |
| 01/12/01 | 12/30/00 | 201 | A005846 | 1342.32 | 919.43 | |
| 12/29/00 | 12/16/00 | 226 | A006022 | 330.00 | 320.15 | |
| 12/29/00 | 12/16/00 | 226 | A006021 | 1342.32 | 916.64 | |
| 12/15/00 | 12/02/00 | 225 | A006026 | 1342.32 | 916.64 | |
| 12/01/00 | 11/18/00 | 224 | A005841 | 1361.87 | 930.54 | |
| 11/17/00 | 11/04/00 | 223 | A005975 | 1342.32 | 915.91 | |
| 11/03/00 | 10/21/00 | 222 | A005712 | 1342.32 | 917.46 | |

OLDER HISTORY DISPLAYED.
TRAN 2   EMPL 208649349                              CHK        ORG GA
PF3=OLDER CHK   4=NEWER CHK   7=EMP   11=FUNC   12=OFF   ENTER=SELECT A CHECK

Date: 4/11/2006 Time: 09:04:54 AM

```
PAYROLL HISTORY                  ***EMPLOYEE INQUIRY***                        PYH


   CHECK     END         CHK/ADV        TOTAL           NET              CHECK
   DATE      DATE    SCHED NUMBER       GROSS          AMOUNT            STATUS
   10/20/00  10/07/00  221 A005746      1303.20         889.66
   10/06/00  09/23/00  220 A006186      1303.20         889.66
   09/22/00  09/09/00  219 A005660      1303.20         889.66
   09/15/00  08/31/00  SP4 A001505      1431.85        1032.73
   09/15/00  08/31/00  618
   09/01/00  08/15/00  SP3 A001502      1431.85        1032.73
   09/01/00  08/15/00  617
   08/16/00  07/31/00  SP2 A001496      1431.85        1032.73
   08/01/00  07/15/00  SP1 C367983      1431.85        1032.73
   07/17/00  06/30/00  614 A002073      1694.21         918.70
   06/30/00  06/15/00  613 A002077      1694.20         918.69
   06/16/00  05/31/00  612 A002079      2579.45        1408.25
   06/01/00  05/15/00  611 A002078      1694.20         918.69
   05/16/00  04/30/00  610 A002060      1694.20         918.69
   05/01/00  04/15/00  609 A002059      1694.20         918.69

OLDER HISTORY DISPLAYED.
TRAN 2    EMPL 208649349                           CHK       ORG GA
PF3=OLDER CHK   4=NEWER CHK   7=EMP   11=FUNC   12=OFF   ENTER=SELECT A CHECK
```

Date: 4/11/2006 Time: 09:04:58 AM

```
PAYROLL HISTORY               ***EMPLOYEE INQUIRY***                    PYH

          CHECK      END        CHK/ADV       TOTAL        NET          CHECK
          DATE       DATE    SCHED NUMBER     GROSS        AMOUNT       STATUS
          04/17/00   03/31/00  608 A002067    1694.21       918.70
          03/31/00   03/15/00  607 A002058    1694.20       954.66
          03/16/00   02/29/00  606 A002056    1694.21       955.51
          03/01/00   02/15/00  71S A002026    1694.20       955.50
          02/16/00   01/31/00  70S A002022    1694.21       955.51
          02/01/00   01/15/00  69S A002034    1694.21       955.51
          01/18/00   12/31/99  68S A001995    1694.20       954.32
          01/06/00   01/06/00  R01 C990489     643.00       381.88
          01/03/00   12/15/99  67S A001994    1694.21       950.19
          12/16/99   11/30/99  66S A002012    1694.20       912.38
          12/01/99   11/15/99  65S A001990    1694.21       912.39
          11/16/99   10/31/99  64S A001919    1694.21       950.19
          11/01/99   10/15/99  63S A001880    1694.21       988.14
          10/15/99   09/30/99  62S A001835    1660.00       972.12


   OLDER HISTORY DISPLAYED.
   TRAN 2    EMPL 208649349                   CHK      ORG GA
   PF3=OLDER CHK   4=NEWER CHK   7=EMP   11=FUNC  12=OFF  ENTER=SELECT A CHECK
```

Date: 4/11/2006 Time: 09:05:01 AM