RAND L. GELBER
ATTORNEY AT LAW
ONE CHURCH STREET
SUITE 802
ROCKVILLE, MARYLAND 20850
(301) 251-0202
FACSIMILE(301)251-0849
EMAIL: RgelberMD@AOL.com

MEMBER OF MARYLAND, VIRGINIA                                 8000 TOWERS CRESCENT DRIVE
DISTRICT OF COLUMBIA AND                                                      SUITE 1350
NEW JERSEY BARS                                                          VIENNA, VA 22182

December 20, 2006

Curtis Zaun, Esquire
Educational Credit Management Corporation
Post Office Box 64999
St. Paul, Minnesota 55101

PROFESSIONAL SERVICES -  2/01/06-12/19/06

District of Columbia Public Schools - Antonio Parker- ECMC v. DCPS
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| Review complete file from Client. | .5 hours |
| Draft Complaint to file in United States District Court against employer, D.C. Public Schools | 1.5 hours |
| Telephone conference with Clerk's office regarding filing and service requirements. | .20 hours |
| Prepare Summons for service on  Defendant. Prepare civil cover sheet and assemble all exhibits for filing. | .30 hours |
| Draft letter to Clerk of the Court transmitting suit with instructions. | .20 hours |
| Numerous telephone conferences with Defendant's counsel regarding  liability | .50 hours |
| Telephone conference with client regarding status and how to proceed | .30 hours |

| | |
|---|---|
| Draft Amended Complaint  and file electronically | .30 hours |
| Telephone conference w/attorney for Defendant re: settlement | .40 hours |
| Review Plaintiff's Motion to Dismiss or for Summary Judgment | .75 hours |
| Draft Opposition to Motion for Summary Judgment and Cross Motion for Summary Judgment | 2.00 hours |

TOTAL                                           7.05 hours

**@ $275.00/hour**

**FEES**                                       **$1,938.75**

COSTS

Filing fee                                        250.00
Service fee-Summons                               55.00
                                       _____

**TOTAL COSTS**                           **$305.00**

**TOTAL DUE**                             **$2,243.75**