UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDUCATIONAL CREDIT MANAGEMENT CORPORATION,**  Plaintiff,  v.  **DISTRICT OF COLUMBIA,**  Defendant. | Civil Action No. 06-420 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendant's motion to dismiss or for summary judgment [Dkt. #12] is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff's cross motion for summary judgment [Dkt. #16] is **DENIED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date:   January 19, 2007                    _____/s/_____
                                            ROSEMARY M. COLLYER
                                            United States District Judge